IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. GREGORY L. RICKS | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 15-cv-03618-WB |
| DAVID SHOVER et al | : | |
| Defendants. | : | |

## **NOTICE**

The settlement conference scheduled on **February 27, 2020** is now **CANCELED**.

*/s/ Sheila McCurry*
SHEILA MCCURRY
Courtroom Deputy to the
Honorable Richard A. Lloret
U.S. Magistrate Judge
267-299-7410

**Date:** February 19, 2020