IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY L. RICKS,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SHOVER and PAUL KEIL,<br><br>    Defendants. | Civil Action No. 2:15-cv-03618<br><br>Honorable Wendy Beetlestone |

### STIPULATION OF DISMISSAL OF DEFENDANT DAVID SHOVER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims asserted against Defendant David Shover. In light of this Stipulation, Plaintiff's pending motion for judgment on the pleadings (ECF No. 65) should be denied as moot; the remaining Defendant, Paul Keil, does not intend to raise failure to exhaust administrative remedies as a defense at trial.

Respectfully submitted,

Dated: February 24, 2020

s/ *R. Stephen Stigall*
**Ballard Spahr LLP**
R. Stephen Stigall, Esq. (No. 78748)
Priya Roy, Esq. (No. 317959)
Justin Kerner, Esq. (No. 308954)
Paul Keller Ort, Esq. (No. 326044)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215.665.8500
F: 215.864.8999

s/ *Stephen Kovatis*
**Commonwealth of Pennsylvania,**
**Office of Attorney General**
Stephen R. Kovatis, Esq. (No. 209495)
The Phoenix Building
1600 Arch Street
Philadelphia, PA 19103
T: 215.560.2940
F: 717.772.4526

2

**SO ORDERED:**

_____
**Wendy Beetlestone, District Judge**