# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MR. GREGORY L. RICKS,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PAUL KEIL,**<br>　　　　　**Defendant.** | **NO. 15-3618** |

## O R D E R

**AND NOW**, this 10th day of March, 2020, upon consideration of Plaintiff's Motion *in Limine* to Exclude Irrelevant and Prejudicial Evidence (ECF No. 78), **IT IS HEREBY ORDERED** that the Motion is **DENIED AS MOOT.**

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**