IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY L. RICKS, *Plaintiff* | : : : | CIVIL ACTION NO. 15-3618 |
| v. | : : | |
| PAUL KEIL, *Defendant* | : : : | |

## CIVIL JUDGMENT

**AND NOW**, this 10th day of March 2020, in accordance with the verdict of the jury, **IT IS ORDERED** that Judgment is entered in favor of Defendant, Paul Keil, and against Plaintiff, Gregory L. Ricks.

BY THE COURT:

_____
**WENDY BEETLESTONE, JUDGE**

Civ 1 (3/18)