IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY L. RICKS,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL KEIL,<br><br>    Defendant. | Civil Action No. 2:15-cv-03618<br><br>Honorable Wendy Beetlestone |

**ORDER**

**AND NOW**, this 19th day of March, 2020, upon consideration of the Motion to Withdraw as Counsel for Plaintiff Gregory L. Ricks, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Clerk of the United States District Court shall terminate Priya Roy, R. Stephen Stigall, Justin Edward Kerner, and Paul Keller Ort as counsel for Plaintiff Gregory L. Ricks and make a notation of this termination on the docket.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
Beetlestone, J.